JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICKEY S. VILLEGAS, <br><br>    Plaintiff, <br><br>    vs. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br>    Defendant. | NO. CV 10-1700 JC <br><br> [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, fifty-three dollars and three cents ($3,053.03), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation of the parties.

Dated: January 31, 2011

                    /s/
_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE